```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TRUSTEES OF THE MASON TENDERS DISTRCIT                           :
COUNCIL WELFARE FUND, PENSION FUND,                              :
ANNUITY FUND AND TRAINING PROGRAM FUND                           :
et al,                                                           :    22-cv-10064 (LJL)
                                                                 :
                        Petitioner,                              :    ORDER
                                                                 :
        -v-                                                      :
                                                                 :
MUSA BUILDERS CORP.,                                             :
                                                                 :
                        Respondent.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Respondent is to inform the Court by January 13, 2023 whether it opposes the petition to confirm the arbitration award. Petitioners shall serve a copy of this order on Respondent and file a proof of service on the docket.

      SO ORDERED.

Dated: November 30, 2022  
       New York, New York  
                                                                 LEWIS J. LIMAN  
                                              United States District Judge